# EXHIBIT 1

NO. 19-CI-___ 131

BELL CIRCUIT COURT
DIVISION _____
JUDGE _____

CHARLOTTE ELSWICK                                              PLAINTIFF

VS.                          **COMPLAINT**
                             (electronically filed)

WAL-MART, INC.
702 SW 8th Street
BENTONVILLE, AR 72716

      SERVE:          CT Corporation System
                           306 West Main Street
                           Suite 512
                           Frankfort, Kentucky 40601

AND

WALMART #739
702 SW 8th Street
BENTONVILLE, AR 72716

      SERVE:          CT Corporation System
                           306 West Main Street
                           Suite 512
                           Frankfort, KY 40601

AND

WAL-MART STORES EAST, LIMITED PARTNERSHIP
702 SW 8TH STREET
BENTONVILLE, AR 72716-0215

      SERVE:          CT Corporation System
                           306 West Main Street
                           Suite 512
                           Frankfort, KY 40601                          DEFENDANTS

\*\*\* \*\*\* \*\*\*

      Comes the Plaintiff, Charlotte Elswick, by counsel, and for her cause of action herein,

states as follows:

FILED
COLBY SLUSHER
APR 25 2019
BELL CIRCUIT COURT CLERK
BY:_____ D.C.

Package:000003 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000003 of 000016

# EXHIBIT 1

1.      Plaintiff, Charlotte Elswick, is a citizen and resident of the Commonwealth of Kentucky.

2.      At all times relevant hereto, Defendant, Wal-Mart, Inc., is and was a foreign, for profit corporation, licensed to do business in Kentucky, with its principal place of business being 702 SW 8th Street, Bentonville, AR 72716, with its designated registered agent for service of process in the Commonwealth of Kentucky being CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky 40601.

3.      At all times relevant hereto, Defendant, Walmart #739, is and was an Assumed Name Partnership, licensed to do business in Kentucky, with its principal office located at 702 SW 8th Street, Bentonville, AR 72716, and its designated registered agent for service of process in the Commonwealth of Kentucky being CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

4.      At all times relevant hereto, Defendant, Wal-Mart Stores East, Limited Partnership, is and was a foreign ULPA limited partnership, licensed to do business in Kentucky, with its principal office located at 702 SW 8th Street, Bentonville, AR 72716-0215, and its designated registered agent for service of process in the Commonwealth of Kentucky being CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

5.      At all times herein mentioned, Defendants, Wal-Mart, Inc., Walmart #739 and Wal-Mart Stores East, Limited Partnership, operated a retail store for profit located at U.S. Highway 441 Hwy 25 East, Middlesboro, Kentucky 40965, to which the public was invited including Plaintiff, Charlotte Elswick.

6.      On or about April 28, 2018, Plaintiff, Charlotte Elswick, was a patron, customer and business invitee of Defendants at their retail store located at U.S. Highway 441 Hwy 25 East, Middlesboro, Kentucky.

7.     On said date, Plaintiff, Charlotte Elswick, while on the premises of the Wal-Mart store located at U.S. Highway 441 Hwy 25 East, Middlesboro, Kentucky, slipped and fell sustaining serious and permanent bodily injuries.

8.     The condition of the premises as it existed on April 28, 2018 was dangerous and violated the duty of the Defendants to maintain a safe business premises for the use of their business invitees and other persons lawfully on the premises.

9.     That there were no warnings or other precautions given to the Plaintiff, Charlotte Elswick, by the Defendants of the dangerous condition existing on the Wal-Mart store premises.

10.     Plaintiff's fall was the direct and proximate result of the negligence of the Defendants, and each of them, their agents, servants or employees, in the maintenance, ownership and operation of its retail store, located at U.S. Highway 441 Hwy 25 East, Middlesboro, Kentucky, as well as the negligent acts or omissions to act on the part of the Defendants, their agents, servants or employees, in failing to maintain a safe premises and failing to warn persons, including the Plaintiff, of conditions on their business premises which presented dangers.

11.     As a direct result of the aforementioned negligence of the Defendants, Wal-Mart, Inc., Walmart #739, and Wal-Mart Stores East, Limited Partnership, and each of them, the Plaintiff, Charlotte Elswick, sustained serious and permanent bodily injuries, endured and will in the future endure pain and suffering, both mental and physical, inconvenience and loss of enjoyment of life, incurred and will in the future incur expenses for necessary medical, hospital and rehabilitative care.

**WHEREFORE,** Plaintiff, Charlotte Elswick, demands as follows:

1.     Compensatory damages against Defendants, Wal-Mart, Inc., Walmart #739, and Wal-Mart Stores East, Limited Partnership.

Package:000005 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000005 of 000016

2.     Interest thereon at the highest legal rate from date of judgment until paid plus

pre-judgment interest.

3.     Her costs herein incurred.

4.     Trial by jury of all issues properly so triable.

5.     All other proper relief to which she may appear entitled.

SITLINGER & THEILER

/s/ *Kelly M. Rowan*

KELLY M. ROWAN
320 Whittington Parkway
Suite 304
Louisville, Kentucky 40222
(502) 589-2627
krowan@sitlingerlaw.com
*Counsel for Plaintiff, Charlotte Elswick*

CERTIFICATE OF SERVICE

This is to certify that the following entities were placed on notice of the filing of this action
pursuant to KRS 411.188(2).

Wellcare of Kentucky
c/o Steven Maisel, Recovery Attorney
Equian, LLC
P.O. Box 32140
Louisville, Kentucky 40232-2140

/s/ *Kelly M. Rowan*

KELLY M. ROWAN

| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00131**<br>Court: **CIRCUIT**<br>County: **BELL** |

*Plantiff,* **ELSWICK, CHARLOTTE VS. WAL-MART INC., ET AL,** *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 WEST MAIN STREET**
     **SUITE 512**
     **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES EAST, LIMITED PARTNERSHIP

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES EAST, LIMITED PARTNERSHIP**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                          /s/ Colby Slusher, Bell Circuit
                                          Clerk
                                          Date: 4/25/2019

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

                                              Served By

                                            Title

Summons ID: 160703011662098@00000080771
CIRCUIT: 19-CI-00131 Certified Mail
ELSWICK, CHARLOTTE VS. WAL-MART INC., ET AL



Page 1 of 1

*eFiled*

*(right margin, vertical text)* Package:000002 of 000016
*(right margin, vertical text)* Presiding Judge: HON. ROBERT V. COSTANZO (64430T)
*(right margin, vertical text)* Package : 000002 of 000016

| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00131**<br>Court:  **CIRCUIT**<br>County: **BELL** |

*Plantiff,* **ELSWICK, CHARLOTTE VS. WAL-MART INC., ET AL,** *Defendant*

TO:  **CT CORPORATION SYSTEM**
   **306 WEST MAIN STREET**
   **SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART INC.

The Commonwealth of Kentucky to Defendant:
**WAL-MART INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ Colby Slusher, Bell Circuit
                    Clerk
                    Date: 4/25/2019

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

| | |
|---|---|
| | Served By |
| | Title |

Summons ID: 160703011862097@00000080769
CIRCUIT: 19-CI-00131 Certified Mail
ELSWICK, CHARLOTTE VS. WAL-MART INC., ET AL



Page 1 of 1                    **eFiled**

*Package:000002 of 000016*

*Presiding Judge: HON. ROBERT V. COSTANZO (644307)*

*Package : 000002 of 000016*

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-00131**
Court:   **CIRCUIT**
County: **BELL**

*Plantiff,* **ELSWICK, CHARLOTTE VS. WAL-MART INC., ET AL,** *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 WEST MAIN STREET**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is WALMART #739

The Commonwealth of Kentucky to Defendant:
**WALMART #739**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Colby Slusher, Bell Circuit
Clerk
Date: 4/25/2019

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

Served By _____

Title _____

---

Summons ID: 180703011662098@00000080770
CIRCUIT: 19-CI-00131 Certified Mail
ELSWICK, CHARLOTTE VS. WAL-MART INC., ET AL



Page 1 of 1

*eFiled*

Package:000002 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000002 of 000016

NO. 19-CI-_____

BELL CIRCUIT COURT
DIVISION _____
JUDGE _____

CHARLOTTE ELSWICK                                                    PLAINTIFF

VS.   **INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS
      TO DEFENDANTS, WAL-MART, INC., WALMART #739
      AND WAL-MART STORES EAST, LIMITED PARTNERSHIP**

WAL-MART, INC., WALMART #739 AND
WAL-MART STORES EAST, LIMITED PARTNERSHIP                           DEFENDANTS

\*\*\* \*\*\* \*\*\*

Defendant, Wal-Mart, Inc., Walmart #739, and Wal-Mart Stores East, Limited Partnership,

(hereinafter referred to as "Wal-Mart") are hereby notified to answer the following

interrogatories and request for production of documents under oath and in writing within forty-

five (45) days from service hereof, pursuant to the Kentucky Rules of Civil Procedure.

### **INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state the full name, address, telephone number and official

title of all persons answering and providing information in response to these Interrogatories.

**ANSWER:**

**INTERROGATORY NO. 2:** Describe any actions Wal-Mart and/or its agents, servants and

employees, may have taken to ameliorate any conditions which might have existed on the

floors of the Wal-Mart superstore located at U.S. Highway 441 Hwy 25 East, in Middlesboro, Ky

on April 28, 2018, both before and after Charlotte Elswick fell.

**ANSWER:**

Package:000007 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000007 of 000016

**INTERROGATORY NO. 3:** Does Wal-Mart have knowledge of any witnesses to Charlotte Elswick's fall on April 28, 2018? If so, please identify each such witness, giving a name, address and telephone number for each witness.

**ANSWER:**

**INTERROGATORY NO. 4:** Please identify all Wal-Mart employees who were present at the Wal-Mart store located at U.S. Highway 441 Hwy 25 East, Middlesboro, KY on April 28, 2018, giving each such employee's name, address, job position or title, employer, and their knowledge regarding Charlotte Elswick's fall on April 28, 2018.

**ANSWER:**

**INTERROGATORY NO. 5:** Describe the investigation, if any, which Wal-Mart conducted regarding Charlotte Elswick's fall on April 28, 2018, including the name, address, and phone number of all persons involved in the investigation, whether a Wal-Mart. employee or not.

**ANSWER:**

**INTERROGATORY NO. 6:** Has any agent, employee or other representative of Wal-Mart ever taken any statement, either oral or in writing, from any person, including Charlotte Elswick or any employee or agent of Wal-Mart who has any information or knowledge relating to the incident of April 28, 2018? If so, please state as to each such person form whom a statement was taken:

    a) His or her identity, including name and address;

    b) The date of any such statement;

    c) The substances of any such statement;

    d) If such statement was in writing, please attach a copy of such statement.

**ANSWER:**

Package:000008 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000008 of 000016

Filed          19-CI-00131   04/25/2019          Colby Slusher, Bell Circuit Clerk

**INTERROGATORY NO. 7:** If it is Wal-Mart's contention that the Plaintiff's injuries were caused by some person not employed by, or not related to Wal-Mart, please identify such other person fully, including name and address.

**ANSWER:**

**INTERROGATORY NO. 8:** Describe in detail Wal-Mart's policy or procedure when a condition or situation arises on the premises which could result in an injury and describe how that procedure was followed with respect to Charlotte Elswick.

**ANSWER:**

**INTERROGATORY NO. 9:** Please state if any warning signs were posted anywhere within the Wal-Mart Supercenter located at U.S. Highway 441 Hwy 25 East, Middlesboro, Kentucky on April 28, 2018. If so, Provide copies of any photographs and/or documents relating to the sign(s) and their location(s).

**ANSWER:**

**INTERROGATORY NO. 10:** Please state the company or individual in charge of the care and maintenance of the floors of the Wal-Mart Supercenter located at U.S. Highway 441 Hwy 25 East in Middlesboro, Kentucky. Include names, addresses, qualifications of each individual/company along with all maintenance reports made during April 2018.

**INTERROGATORY NO. 11:** Did Wal-Mart carry liability insurance coverage which was in force and effect on April 28, 2018? If so, please provide the name of the insurer, the policy number, and a copy of the policy.

Package:000009 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000009 of 000016

Filed          19-CI-00131   04/25/2019          Colby Slusher, Bell Circuit Clerk

**ANSWER:**

**INTERROGATORY NO. 12:**  Identify each witness to anticipate calling at trial of this matter and state for each:

   a)  The name and address of such witness; and

   b)  The facts to which you expect the witness to testify.

**ANSWER:**

**INTERROGATORY NO. 13:**  Identify each expert witness you intend to call at the trial of this action and state for each:

   a)  The name and address of such witness;

   b)  The subject matter on which the expert is expected to testify;

   c)  The substance of the facts and opinions to which the expert is expected to testify;

   d)  A summary of the grounds for each expert opinion.

**ANSWER:**

**INTERROGATORY NO. 14:**  With regards to any examination or inspection of the area in which Charlotte Elswick fell within 72 hours prior to her fall please provide the following:

   a)  The date and time of the examination or inspection;

   b)  The name, address, telephone number, and official title of the person who conducted the inspection;

   c)  A complete description of the examination or inspection which was conducted and what it revealed;

   d)  A complete description of any action Wal-Mart took as a result of any condition disclosed by such examination or inspection.

**ANSWER:**

Package:000010 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000010 of 000016

Filed                    19-CI-00131   04/25/2019              Colby Slusher, Bell Circuit Clerk

**INTERROGATORY NO. 15:** With regards to any examination or inspection of the area in which Charlotte Elswick fell within 24 hours after her fall please provide the following:

   a) The date and time of the examination or inspection;

   b) The name, address, telephone number, and official title of the person who conducted the inspection;

   c) A complete description of the examination or inspection which was conducted and what it revealed;

   d) A complete description of any action Wal-Mart took as a result of any condition disclosed by such examination or inspection.

**ANSWER:**

**INTERROGATORY NO. 16:** If you contend Charlotte Elswick's injuries resulted from some cause other than the fall which is the subject of this litigation, please identify what Wal-Mart believes to be the cause of her injuries.

**ANSWER:**

**INTERROGATORY NO. 17:** Describe the condition and appearance of the area of the premises where Charlotte Elswick fell immediately following her fall and at the time any agent or employee of Wal-Mart first examined the area after her fall.

**ANSWER:**

**INTERROGATORY NO. 18:** For each affirmative defense raised in Wal-Mart's answer:

   a) Give a brief description of all facts Wal-Mart relies on in raising the defense;

Package:000011 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000011 of 000016

b) Provide the name, address, telephone number, and official title (if any) of any person having knowledge of each fact Wal-Mart relies on in raising the defense;

c) Identify all documents and tangible items Wal-Mart relies on in raising the defense;

d) To the extent this Interrogatory is answered on information and belief, state the specific information believed, the source of the information, when and in what manner the information was obtained and why Wal-Mart claims it is reasonable to rely on this information.

**ANSWER:**

**INTERROGATORY NO. 19:** Was this Defendant sued under its correct name and served at its correct address? If not, state the Defendant's correct:

1) Corporate name;

2) Principal place of business; and

3) Name and address for its agent for service of process.

**ANSWER:**

**INTERROGATORY NO. 20:** Did Wal-Mart have a loss prevention officer on duty when the Plaintiff fell? If so, please provide contact information for that person.

**ANSWER:**

**INTERROGATORY NO. 21:** Did Wal-Mart have videocameras on the premises at U.S. Highway 441 Hwy 25 East, Middlesboro, KY on the date of the Plaintiff's fall, and if not please explain why?

**ANSWER:**

Package:000012 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000012 of 000016

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.     Please produce a copy of all written rules, manual(s), guideline(s) and/or policies regarding maintenance, inspection and cleaning of Wal-Mart premises, specifically including the premises at U.S. Highway 441 Hwy 25 East, Middlesboro, KY.

**RESPONSE:**

2.     Please produce a copy of all written rules, manual(s), guideline(s) and/or policies regarding maintenance, inspection and cleaning of Wal-Mart's floors, specifically including the floors located in the store premises at U.S. Highway 441 Hwy 25 East, Middlesboro, KY.

**RESPONSE:**

3.     Please produce a copy of all incident report(s), accident report(s), or other such document(s), however labeled, which contain information concerning Charlotte Elswick with respect to her fall in the Wal-Mart on April 28, 2018.

**RESPONSE:**

4.     Please produce a copy of all video, photographs, or other visual representations of Charlotte Elswick taken on April 28, 2018 which shows Charlotte Elswick before, during, or after her fall in the Wal-Mart located at U.S. Highway 441 Hwy 25 East, Middlesboro, KY, including any visual representation of her injuries.

**RESPONSE:**

5.     Please produce a copy of all video, photographs, or other visual representations of the area where Charlotte Elswick fell which were taken on April 28, 2018 before, during, or after

Package:000013 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000013 of 000016

Charlotte Elswick's fall in the Wal-Mart located at U.S. Highway 441 Hwy 25 East, Middlesboro,

KY.  With regard to any photographs, please state the name of the individual who took the

photograph, as well as the time they were taken.

**RESPONSE:**

6.      Please produce a copy of all logs or other documents, however labeled, which document

activity by Wal-Mart employees surveying, examining, vacuuming, sweeping, mopping,

cleaning, or otherwise inspecting the floors of the Wal-Mart at U.S. Highway 441 Hwy 25 East,

Middlesboro, KY on April 28, 2018.

**RESPONSE:**

7.      Please produce all insurance agreements or policies under which any person or entity

carrying on an insurance business may be liable to satisfy part or all of a judgment which may

be rendered in this action or to indemnify or reimburse for payments made to satisfy the

judgment.

**RESPONSE:**

8.      Please produce copies of all statements made by Charlotte Elswick concerning the

subject matter of this lawsuit, including any written statement, signed or otherwise, or any

recorded statement in any form.

**RESPONSE:**

Package:000014 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000014 of 000016

9.      Please produce all statements, reports, documents, or things which any expert will rely on in providing testimony in this case. This is intended to include any medical records obtained by Wal-Mart through whatever means obtained.

**RESPONSE:**

10.      Please produce all work papers, notes, and documents in the file of any expert witness who is expected to testify or in the file or any expert witness who has written a report on which a testifying expert will rely.

**RESPONSE:**

11.      Please produce all documents, photos, videos, and/or other objects or items which were used, watched, read, or referred to when answering the Interrogatories and Requests for Production of Documents.

**RESPONSE:**

NOTE A:   These Interrogatories and Request for Production of Documents shall be deemed continuing in nature and supplemental answers shall be required if Defendant, directly or indirectly, obtains further information of the nature sought herein between the time answers are served and the time of trial.

Package:000015 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000015 of 000016

Respectfully submitted,

SITLINGER & THEILER

/s/ *Kelly M. Rowan*

KELLY M. ROWAN
320 Whittington Parkway
Suite 304
Louisville, Kentucky 40222
(502) 589-2627
krowan@sitlingerlaw.com
*Counsel for Plaintiff, Charlotte Elswick*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served upon the Defendants with a copy of the Complaint.

/s/ *Kelly M. Rowan*

KELLY M. ROWAN

Package:000016 of 000016

Presiding Judge: HON. ROBERT V. COSTANZO (644307)

Package : 000016 of 000016

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO.: 19-CI-00131
*Electronically Filed*

CHARLOTTE ELSWICK                                        PLAINTIFF

v.

WALMART, INC., WALMART #739 AND
WAL-MART STORES EAST, LIMITED PARTNERSHIP          DEFENDANTS

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc.,

Walmart #729 and Wal-Mart Stores East, Limited Partnership:

> Jennifer Kincaid Adams
> Blackburn, Domene & Burchett, PLLC
> 614 West Main Street, Suite 3000
> Louisville, KY 40202
> 502-584-1600 phone
> 502-584-9971 fax
> jadams@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 10th day of May, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*
*Counsel for Defendants*

2

C8B8EE24-67EC-4A63-BC21-C642C25EE09FE : 000002 of 000002

EA : 000002 of 000002

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO.: 19-CI-00131
*Electronically Filed*

CHARLOTTE ELSWICK                                            PLAINTIFF

v.

WALMART, INC., WALMART #739 AND
WAL-MART STORES EAST, LIMITED PARTNERSHIP           DEFENDANTS

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc.,

Walmart #729 and Wal-Mart Stores East, Limited Partnership:

Thomas E. Stevens
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
502-584-1600 phone
502-584-9971 fax
tstevens@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Thomas E. Stevens*
Jennifer Kincaid Adams
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
tstevens@bdblawky.com
*Counsel for Defendants*

EE29B444-7CFD-457D-B444-2FA2C4FB3899 : 000001 of 000009

EA : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 10th day of May, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
*Counsel for Plaintiff*

                                        /s/ *Thomas E. Stevens*
                                        *Counsel for Defendants*

EE29B444-7CFD-457D-B444-2FA2C4FB3899 : 000002 of 000009

EA : 000002 of 000002

2

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO.: 19-CI-00131
*Electronically Filed*

CHARLOTTE ELSWICK                                           PLAINTIFF

v.

WALMART STORES EAST, L.P.                                   DEFENDANT

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Defendant Walmart Stores East,

L.P.:

   John L. Hardesty
   Blackburn, Domene & Burchett, PLLC
   614 West Main Street, Suite 3000
   Louisville, KY  40202
   502-584-1600 phone
   502-584-9971 fax
   jhardesty@bdblawky.com

  I certify that I am admitted to practice in this Court.

       Respectfully submitted,

       */s/ John L. Hardesty*
       Jennifer Kincaid Adams
       Thomas E. Stevens
       John L. Hardesty
       Blackburn Domene & Burchett, PLLC
       614 W. Main Street, Suite 3000
       Louisville, KY  40202
       Phone:  502-584-1600
       Fax:  502-584-9971
       jadams@bdblawky.com
       tstevens@bdblawky.com
       jhardesty@bdblawky.com
       *Counsel for Defendant*

6ACEF278-BDBF-4E4A-A058-4E96BAAF131C : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 20th day of May, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.


Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
*Counsel for Plaintiff*


*/s/ John L. Hardesty*
*Counsel for Defendant*

6ACEF278-BDBF-4E4A-A058-4E96BAAF131C : 000002 of 000002

Filed          19-CI-00131      05/10/2019          Colby Slusher, Bell Circuit Clerk

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO.: 19-CI-00131
*Electronically Filed*

CHARLOTTE ELSWICK                                                    PLAINTIFF

v.

WALMART, INC., WALMART #739 AND
WAL-MART STORES EAST, LIMITED PARTNERSHIP                DEFENDANTS

## ANSWER OF DEFENDANT WALMART

Defendants, Walmart Inc., Walmart #739 (incorrectly named and served), and Wal-Mart Stores East, Limited Partnership (hereinafter "Walmart"), by and through counsel, for their Answer to the Plaintiff's Complaint, hereby state as follows:

### FIRST DEFENSE

Subject to what discovery may reveal, the Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

### SECOND DEFENSE

Subject to what discovery may reveal, Walmart states that at the time and on the occasion described in the Complaint, the Plaintiff was guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiff, the incident would not have occurred and damages, if any, would not have been sustained. Walmart relies upon the negligence and fault of the Plaintiff as a partial and/or complete bar to any recovery

Filed          19-CI-00131      05/10/2019          Colby Slusher, Bell Circuit Clerk

herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

### THIRD DEFENSE

Walmart states that the incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than Walmart and that but for this superseding and intervening cause, the incident and any alleged damages, if any, would not have been sustained. Walmart relies upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

### FOURTH DEFENSE

Walmart states that the Plaintiff may have failed to mitigate damages, if any, and relies upon this failure as a partial and/or complete bar to recovery herein.

### FIFTH DEFENSE

Walmart pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiff's claim may be barred by the statute of limitations and lack of jurisdiction and venue.

### SIXTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and said pre-existing condition is either the proximate cause of the Plaintiff's injuries and damages or contributing cause of said injuries and damages; and but for said pre-existing condition, Plaintiff's injuries and damages would not and could not have occurred, or in the alternative, would not and could

EE29B444-7CFD-457D-B444-2FA2C4FB3B99 : 000004 of 000009

ANS : 000002 of 000005

2

Filed          19-CI-00131     05/10/2019            Colby Slusher, Bell Circuit Clerk

not have been as extensive as alleged in the Plaintiff's Cause of Action against Walmart herein. Walmart hereby relies upon said negligence and/or fault of the Plaintiff as a complete bar to any recovery by the Plaintiff on the Complaint herein.

### SEVENTH DEFENSE

The Complaint demands relief that is not recoverable under Kentucky law and Walmart raises this as an affirmative defense.

### EIGHTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred.  Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights.  Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

### NINTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any occurred, were caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or third persons or entities other than Walmart for which Walmart has no liability, responsibility, direction or control and Plaintiff's claims are, therefore, barred or reduced in proportion to the fault attributable to persons or entities other than Walmart.

### TENTH DEFENSE

Walmart reserves the right to supplement this Answer and plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

Filed          19-CI-00131     05/10/2019            Colby Slusher, Bell Circuit Clerk

EE29B444-7CFD-457D-B444-2FA2C4FB3899 : 000005 of 000009

ANS : 000003 of 000005

### ELEVENTH DEFENSE

In response to numerical paragraphs, Walmart states as follows:

1.      Walmart is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraphs 1 and 6 of Plaintiff's Complaint and, therefore, denies same.

2.      Walmart admits the allegations contained in numerical paragraphs 2 and 4 of Plaintiff's Complaint.

3.      In response to the allegations contained in numerical paragraph 3 of Plaintiff's Complaint, Walmart admits that Wal-Mart Stores East, L.P. is a limited partnership licensed to do business in Kentucky with its principal office located at 702 SW 8th Street, Bentonville, AR 72716, and its designated registered agent for service of process in the Commonwealth of Kentucky being CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601. Walmart denies the remaining allegations, if any, contained in numerical paragraph 3 of Plaintiff's Complaint.

4.      In response to the allegations contained in numerical paragraph 5 of Plaintiff's Complaint, Walmart admits that Walmart Store #739 was operated by Wal-Mart Stores East, L.P. on the date of Plaintiff's alleged incident. Walmart denies the remaining allegations contained in numerical paragraph 5 of Plaintiff's Complaint.

5.      Walmart denies the allegations contained in numerical paragraphs 7, 8, 9, 10, and 11 of Plaintiff's Complaint.

6.      Walmart denies each and every allegation of Plaintiff's Complaint not specifically admitted.

4

EE29B444-7CFD-457D-B444-2FA2C4FB3899 : 000006 of 000009

ANS : 000004 of 000005

WHEREFORE, Defendant, Walmart, demands as follows:

1.      Plaintiff's Complaint be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For its costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which it may be entitled.

Respectfully submitted,

/s/ Thomas E. Stevens
Jennifer Kincaid Adams
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
tstevens@bdblawky.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 10th day of May, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
Counsel for Plaintiff

/s/ Thomas E. Stevens
Counsel for Defendants

5

EE29B444-7CFD-457D-B444-2FA2C4FB3899 : 000007 of 000009

ANS : 000005 of 000005

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO.: 19-CI-00131
*Electronically Filed*


CHARLOTTE ELSWICK                                                    PLAINTIFF

v.

WALMART, INC., WALMART #739 AND
WAL-MART STORES EAST, LIMITED PARTNERSHIP                            DEFENDANTS


## NOTICE OF SERVICE

Defendants, Walmart, Inc. Walmart #739 and Wal-Mart Stores East, Limited Partnership

by and through counsel, hereby gives Notice of Service of Defendants' First Set of

Interrogatories and Request for Production of Documents Propounded to Plaintiff by U.S. mail

on May 10, 2019.


Respectfully submitted,

/s/ *Thomas E. Stevens*
Jennifer Kincaid Adams
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 10th day of May, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
*Counsel for Plaintiff*

/s/ Thomas E. Stevens
*Counsel for Defendant*

2

EE29B444-7CFD-457D-B444-2FA2C4FB3899 : 000009 of 000009

NO : 000002 of 000002



COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO.: 19-CI-00131
*Electronically Filed*

CHARLOTTE ELSWICK                                              PLAINTIFF

v.

WALMART, INC., WALMART #739 AND
WAL-MART STORES EAST, LIMITED PARTNERSHIP          DEFENDANTS

## AGREED ORDER OF SUBSTITUTION

The parties have reached an agreement concerning the claims of the Plaintiff against Defendants, Walmart Inc. and Walmart #739, and the Court having fully considered same;

IT IS HEREBY ORDERED AND ADJUDGED that Walmart Stores East, L.P. shall be substituted for Defendants, Walmart Inc. and Walmart #739, as the Defendant in this matter. All claims made against Walmart Inc. and Walmart #739 in the Plaintiff's Complaint shall be deemed to have been made against Walmart Stores East, L.P. and all defenses contained in the Answer to the complaint on behalf of Walmart Inc. and Walmart #739 shall be deemed to have been made by Walmart Stores East, L.P. All of Plaintiff's claims against Walmart, Inc. and Walmart #739 are hereby dismissed without prejudice.

Plaintiff's claims against Walmart Stores East, L.P. remain.

Entered this the _14_ day of _May_, 2019.

_____
JUDGE

TD : 000001 of 000002

HAVE SEEN AND AGREED TO:

/s/ Jennifer Kincaid Adams
Jennifer Kincaid Adams
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendant*

/s/ Kelly M. Rowan
Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
Phone: 502-589-2627
krowan@sitlingerlaw.com
*Counsel for Plaintiff*

2

TD : 000002 of 000002