UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
[ELECTRONICALLY FILED]

| | |
|---|---|
| CHARLOTTE ELSWICK | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.6:19-cv-00127-KKC |
| WALMART STORES EAST, LP | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Charlotte Elswick, and the Defendant, Walmart Stores East, LP, by counsel, hereby advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendant, and the Court having fully considered the same;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendant are dismissed with prejudice.

The Clerk of the Court is directed to remove this matter from the active docket.

DATED: September 3, 2019.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

**HAVE SEEN AND AGREED TO:**

__/s/ John L. Hardesty_____
Jennifer Kincaid Adams
John L. Hardesty
BLACKBURN DOMENE & BURCHETT, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202


__/s/ Kelly M. Rowan (w/permission)_____
Kelly M. Rowan
SITLINGER & THEILER
320 Whittington Parkway
Suite 304
Louisville, KY 40222
*Counsel for Plaintiff*